THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Clarence Moore, Appellant.
 
 
 

Appeal From Charleston County
 Daniel F. Pieper, Circuit Court Judge

Unpublished Opinion No.  2005-UP-056
Submitted January 1, 2005  Filed January 
 24, 2005

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney 
 Wanda P. Hagler, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, 
 and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and 
 Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Clarence Moore appeals his conviction of attempted second-degree 
 burglary.  He was sentenced to ten years imprisonment.  
Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel 
 for Moore attached to the final brief a petition to be relieved as counsel, 
 stating she had reviewed the record and concluded that Moores appeal is without 
 legal merit sufficient to warrant a new trial.  Moore filed a separate pro 
 se response.  
After thorough 
 review of the record pursuant to Anders and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.  
 APPEAL DISMISSED. 
 [1] 
 HUFF, KITTREDGE, and BEATTY, JJ., concur.

 
 [1] Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to rule 215, SCACR.